AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Christopher Laurent, Kim Dalton, and Justin Tucker | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No.   1:26-cv-05790 |
| Brendan F. Kelly, Kwame Raoul, and Eileen O'Neill Burke | ) ) ) |
| *Defendant(s)* | ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Brendan F. Kelly, in his official capacity
801 S. Seventh Street
Springfield, IL 62703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacob Huebert
New Civil Liberties Alliance
4250 N. Fairfax Dr. Suite 300
Arlington, VA 22203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

May 19, 2026

DATE

*Signature*
THOMAS G. BRUTON, CLERK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-05790

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Brendan F. Kelly was received by me on *(date)* May 22, 2026, 3:51 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Justina Schacht , who is designated by law to accept service of process on behalf of (name of individual) Brendan F. Kelly on *(date)* Tue, May 26 2026 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ .

I declare under penalty of perjury that this information is true.

Date: 05/27/26

_____
*Server's signature*

John Pennell
_____
*Printed name and title*

40 Hickory Point, Springfield, IL 62712
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 26, 2026, 11:35 am CDT at 801 South 7th Street, Springfield, IL 62703 received by Justina Schacht. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'8"; Hair: Blond; Relationship: Authorized Agent;

DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; CIVIL COVER SHEET