AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| Christopher Laurent, Kim Dalton, and Justin Tucker | ) ) ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) |
| Brendan F. Kelly, Kwame Raoul, and Eileen O'Neill Burke | ) ) ) ) ) ) |
| _Defendant(s)_ | ) |

Civil Action No.   1:26-cv-05790

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Kwame Raoul, in his official capacity
115 S. LaSalle St.
Chicago, IL
60603


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jacob Huebert
4250 N. Fairfax Dr. Suite 300
Arlington, VA 22203


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


_CLERK OF COURT_

Date: _____

May 19, 2026
_____

DATE

_Signature_
THOMAS G. BRUTON, CLERK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-05790

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Kwame Raoul</u> was received by me on *(date)* <u>May 21, 2026, 10:33 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Marissa Peralez</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Kwame Raoul</u> on *(date)* <u>Fri, May 22 2026</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 05/26/26

_____
Server's signature

Ethan Kuruc
_____
Printed name and title

1624 S Clinton St, Chicago, IL 60616
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 22, 2026, 2:55 pm CDT at 115 S La Salle St, Chicago, IL 60603 received by Marissa Peralez. Age: 25; Ethnicity: Hispanic; Gender: Female; Weight: 130; Height: 5'7"; Hair: Black; Eyes: Brown; Relationship: Secretary/Authorized to accept;

DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; CIVIL COVER SHEET