AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| | |
|---|---|
| Christopher Laurent, Kim Dalton, and Justin Tucker<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Brendan F. Kelly, Kwame Raoul, and Eileen O'Neill Burke<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   1:26-cv-05790

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Eileen O'Neill Burke, in her official capacity
69 W. Washington St.
Chicago, Illinois 60602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacob Huebert
4250 N. Fairfax Dr. Suite 300
Arlington, VA 22203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____

May 19, 2026
_____
DATE

Signatu      THOMAS G. BRUTON, CLERK
_____

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-05790

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Eileen O'Niell Burke</u> was received by me on *(date)* <u>May 29, 2026,</u> <u>2:43 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Anna Rivera</u> , who is designated by law to accept service of process on behalf of *(name of* individual*)* <u>Eileen O'Niell Burke</u> on *(date)* <u>Wed, Jun 03 2026</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ .

I declare under penalty of perjury that this information is true.

Date: 06/03/26

_____
*Server's signature*

Ethan Kuruc

_____
*Printed name and title*

1624 S Clinton St, Chicago, IL 60616

_____
*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Jun 3, 2026, 2:27 pm CDT at 50 West Washington Street 5th Floor, Chicago, IL 60602 received by Anna Rivera. Age: 55; Ethnicity: Hispanic; Gender: Female; Weight: 190; Height: 5'6"; Hair: Gray; Eyes: Brown; Relationship: Receptionist/Authorized to accept

DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; CIVIL COVER SHEET