**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Laurent v. Kelly          Case Number: 1:26-cv-5790

An appearance is hereby filed by the undersigned as attorney for:

Brendan Kelly, in his official capacity as Director of ISP, and Kwame Raoul, in his official capa⊞

Attorney name (type or print): Elizabeth Jordan

Firm: The Office of the Illinois Attorney General

Street address: 115 S LaSalle Street

City/State/Zip: Chicago, Illinois 60603

Bar ID Number: 6320871
(See item 3 in instructions)

Telephone Number: 312 814-3000

Email Address: elizabeth.kellom@ilag.gov

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6/12/2026

Attorney signature: S/ Elizabeth Jordan _____
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023