**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER LAURENT, KIM DALTON, and JOHN TUCKER, <br><br> Plaintiffs, <br><br> v. <br><br> BRENDAN KELLY, in his official capacity as Director of the Illinois State Police; KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois, EILEEN O'NEILL BURKE, in her official capacity as Cook County State's Attorney, <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    No. 1:26-cv-5790 <br><br> Judge LaShonda A. Hunt |

**UNOPPOSED MOTION TO EXTEND
DEADLINE TO ANSWER OR OTHERWISE RESPONSE**

Defendants in their official capacities Brendan Kelly, Director of Illinois State Police; and Kwame Raoul, Attorney General of the State of Illinois (collectively, the "State Parties"), pursuant to Federal Rule of Civil Procedure 6(b), respectfully request that the Court combine and extend the responsive pleading deadlines for all Defendants to July 13, 2026. In support of this motion, the State Parties state as follows:

1. Plaintiffs filed their Complaint on May 19, 2026, challenging the Illinois Firearm Owners Identification Act ("FOID Card Act"), 430 ILCS 65/0.01. Dkt. 1. Plaintiffs challenge the FOID Card Act on Second and Fourteenth Amendment grounds and seek a declaratory judgment, injunctive relief, and attorney's fees and costs.

2.      Plaintiff served the Attorney General on May 22, 2026, the Director of the Illinois State Police on May 26, 2026, and the State's Attorney on June 2, 2026. *See* Affidavit of Service, Dkt. 6. Defendants' deadlines to answer or otherwise respond to the Complaint are therefore June 12, June 16, and June 23, 2026, respectively.  *Id.*

3.      Counsel for the State Parties have been diligently working on this matter. However, due to the complexity and novelty of the issues raised in the Complaint, as well as caseload and scheduling constraints, counsel needs additional time to respond.

4.      Moreover, combining the disparate responsive pleading deadlines will promote efficiency in the litigation, as there will likely be substantive overlap among the responsive arguments present to the Court.

5.      Accordingly, the State Parties respectfully request that the Court combine all Defendants' deadlines to answer or file a motion to dismiss, and extend the combined deadline to July 13, 2026.

6.      This is the State Parties' first request for an extension of time to answer.  This motion is made in good faith and not for the purpose of improper delay, and an extension will not prejudice any party.

7.      The State Parties' counsel consulted with counsel for the State's Attorney and Plaintiff's counsel on June 8, 2026, regarding this request.

8.      The State's Attorney communicated that she agrees with the relief requested in this motion, and also requests to file her responsive pleading on July 13, 2026.

9.      Plaintiffs do not oppose the relief requested in this motion.

**WHEREFORE**, the State Parties respectfully request that the Court combine the responsive pleading deadline for all Defendants, and grant all defendants an extension up to and

including July 13, 2026, to answer or otherwise respond to the Complaint.

Dated: June 12, 2026

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois


/s/ *Elizabeth Jordan*
Elizabeth Jordan
Isaac Freilich Jones
Office of the Attorney General of Illinois
115 S. LaSalle Street
Chicago, IL 60603
312-814-3000
Elizabeth.kellom@ilag.gov

*Counsel for the State Parties*