**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER LAURENT, KIM DALTON, and JOHN TUCKER, | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:26-cv-5790 |
| v. | ) ) ) | Judge LaShonda A. Hunt |
| BRENDAN KELLY, in his official capacity as Director of the Illinois State Police; KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois, EILEEN O'NEILL BURKE, in her official capacity as Cook County State's Attorney, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

TO: All Counsel of Record

PLEASE TAKE NOTICE that on **June 17, 2026** at **9:00 a.m**., we shall appear before Honorable LaShonda A. Hunt, or any other judge sitting in her stead, in Room 1425 of the Everett McKinley Dirksen United States Courthouse located at 219 S. Dearborn St., Chicago, Illinois 60604, to present the concurrently filed UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPONSE, a copy of which has been served upon you via the Court's CM/ECF system.

DATE: June 12, 2026

Respectfully submitted,

KWAME RAOUL
Attorney General for the State of Illinois

By: /s/ Elizabeth Jordan
Elizabeth Jordan
Assistant Attorney General II
Office of the Attorney General of Illinois
115 S. LaSalle Street
Chicago, IL 60603
312-814-3000
Elizabeth.kellom@ilag.gov

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that on June 12, 2026, she caused to be filed through the Court's CM/ECF system a Copy of Unopposed Motion to Extend Deadline to Answer or Otherwise Response. Parties of record may obtain a copy of this filing through the Court's CM/ECF system.

/s/ Elizabeth Jordan
Assistant Attorney General II