**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Laurent et al. v. Kelly et al.　　　Case Number: 1:26-cv-05790

An appearance is hereby filed by the undersigned as attorney for:
Brendan F. Kelly, in his official capacity as Director of the Illinois State Police
Kwame Raoul, in his official capacity as Attorney General of the State of Illinois

Attorney name (type or print):  Isaac Freilich Jones

Firm:　　Office of the Illinois Attorney General

Street address:　　　115 S. LaSalle St., 30th Floor

City/State/Zip:　　Chicago, IL 60603

Bar ID Number:  Illinois 6323915　　　　Telephone Number:　312-814-3000
(See item 3  in instructions)

Email Address: isaac.freilichjones@ilag.gov

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.　　☐　Retained Counsel

☐　Appointed Counsel
　　If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 12, 2026

Attorney signature:　　S/ *Isaac Freilich Jones*
　　　　　　　　　　　(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023