**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Christopher Laurent, et al.

                         Plaintiff,

v.

Brendan F. Kelly, in his official capacity as Director
of Illinois State Police, et al.

                         Defendant.

Case No.:
1:26−cv−05790
Honorable LaShonda A. Hunt

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 15, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: State Defendants'
unopposed motion for extension of time [8] is granted. All Defendants' responses to the
complaint are due by 7/13/26. The motion hearing set for 6/17/26 [9] is stricken. Mailed
notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.