**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title: Christopher Laurent, et al v.     Case Number: 26-cv-05790
Brendan F. Kelly, et al

An appearance is hereby filed by the undersigned as attorney for:
Defendant Eileen O'Neill Burke, in her official capacity as the State's Attorney of Cook County, Illinois

Attorney name (type or print):  Edward M. Brener

Firm:     Cook County State's Attorney's Office - Civil Actions Bureau - Government Advocacy and Counsel Section

Street address:     500 Richard J. Daley Center, 50 W. Washington Street, Room 500

City/State/Zip:    Chicago, IL 60602

Bar ID Number:  6305532                    Telephone Number:    (312) 603-5971
(See item 3 in instructions)

Email Address: edward.brener@cookcountysao.org

Are you acting as lead counsel in this case?                ☒ Yes    ☐ No

Are you acting as local counsel in this case?               ☐ Yes    ☒ No

Are you a member of the court's trial bar?                  ☒ Yes    ☐ No

If this case reaches trial, will you act as the trial attorney?   ☒ Yes    ☐ No

If this is a criminal case, check your status.      ☐    Retained Counsel

                                                    ☐    Appointed Counsel
                                                         If appointed counsel, are you a

                                                         ☐ Federal Defender

                                                         ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 13, 2026

Attorney signature:     S/ Edward M. Brener
_____
                        (Use electronic signature if the appearance form is filed electronically.)