**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Christopher Laurent, et al.

                                                Plaintiff,

v.

                                            Case No.:
                                            1:26−cv−05790

                                            Honorable
                                            LaShonda A. Hunt

Brendan F. Kelly, in his official capacity as Director of
Illinois State Police, et al.

                                                Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

       Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Laura K. McNally for the purpose of holding proceedings related to: discovery supervision, including the authority to set, adjust, and extend all deadlines, and to conduct a settlement conference, if requested by the parties. (gel,)Mailed notice.

Dated: July 21, 2026

                                              /s/ LaShonda A. Hunt

                                            United States District Judge