**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Christopher Laurent, et al.

                               Plaintiff,

v.

Brendan F. Kelly, in his official capacity as Director
of Illinois State Police, et al.

                               Defendant.

Case No.:
1:26–cv–05790

Honorable LaShonda A. Hunt

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 22, 2026:

      MINUTE entry before the Honorable Laura K. McNally: This case has been referred for discovery supervision and settlement assistance. A joint status report is to be filed by 10/28/26. In that report, the parties are directed to update the court on discovery matters and to confirm that counsel have discussed settlement with their clients and with each other. The parties may contact the courtroom deputy at any time to schedule a settlement conference. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.