**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Christopher Laurent, et al.

Plaintiff,

v.

Case No.: 1:26−cv−05790

Honorable LaShonda A. Hunt

Brendan F. Kelly, in his official capacity as Director of Illinois State Police, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 3, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Motion by John J. Vecchione for leave to appear pro hac vice on behalf of Plaintiffs [21] is granted. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.