**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHEN DISTRICT OF ILLINOIS**

CHRISTOPHER LAURENT, KIM DALTON, AND JUSTIN TUCKER,

Plaintiffs,

v.

BRENDAN F. KELLY, KWAME RAOUL, AND EILEEN O'NEILL BURKE,

Defendants.

No. 1:26-cv-05790

Judge LaShonda A. Hunt

**MOTION TO WITHDRAW AN ATTORNEY OF RECORD AS COUNSEL**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff State of Illinois, by and through Illinois Attorney General Kwame Raoul, brings this motion to respectfully request that this Court grant the Office of the Illinois Attorney General leave to withdraw Elizabeth H. Jordan as one of the attorneys of record in this matter. In support of this motion, Plaintiff states as follows:

1. Since June 12, 2026, Elizabeth H. Jordan has been attorney of record for Defendants.
2. Ms. Jordan's last day at the Office of the Illinois Attorney General was on October 15, 2026.
3. Plaintiff will continue to be represented by the Office of the Illinois Attorney General.

WHEREFORE, Plaintiff respectfully requests that the Court grant the Office of the Illinois Attorney General leave to withdraw Elizabeth H. Jordan as one attorneys of record in this action.

DATE: October 15, 2026

Respectfully submitted,

KWAME RAOUL
*Attorney General of Illinois*

*/s/ Elizabeth H. Jordan*
Elizabeth Jordan

Isaac Freilich Jones
Emily Hirsch
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-3000
Elizabeth.Kellom@ilag.gov

*Counsel for the State of Illinois*

## CERTIFICATE OF SERVICE

I, Elizabeth H. Jordan, an attorney, certify that on, October 15, 2026, I caused the foregoing **Plaintiff's Motion to Withdraw an Attorney of Record as Counsel** to be electronically filed via the Court's CM/ECF system and thereby served on all counsel of record.

/s/ Elizabeth H. Jordan
Senior Social Equity Counsel