**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHEN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CHRISTOPHER LAURENT, KIM DALTON, AND JUSTIN TUCKER,<br><br>Plaintiffs,<br><br>v.<br><br>BRENDAN F. KELLY, KWAME RAOUL, AND EILEEN O'NEILL BURKE,<br><br>Defendants. | No. 1:26-cv-05790<br><br>Judge LaShonda A. Hunt |

**NOTICE OF MOTION**

TO: All Counsel of Record

PLEASE TAKE NOTICE that on **October 20, 2026** at **9:00 a.m**., we shall appear before Honorable LaShonda A. Hunt, or any other judge sitting in her stead, in Room 1425 of the Everett McKinley Dirksen United States Courthouse located at 219 S. Dearborn St., Chicago, Illinois 60604, to present the concurrently filed **MOTION TO WITHDRAW AS COUNSEL**, a copy of which has been served upon you via the Court's CM/ECF system.

DATE: October 15, 2026

Respectfully submitted,

KWAME RAOUL

Attorney General for the State of Illinois

By: */s/ Elizabeth H. Jordan*

Senior Social Equity Counsel
115 S. LaSalle Street
Chicago, Illinois 60603
(312) 814-3000
Elizabeth.Kellom@ilag.gov

## CERTIFICATE OF SERVICE

I, Elizabeth H. Jordan, an attorney, certify that on October 15, 2026 I caused the foregoing **NOTICE OF MOTION TO WITHDRAW AS COUNSEL** to be electronically filed via the Court's CM/ECF system and thereby served on all counsel of record.

/s/ Elizabeth H. Jordan
Senior Social Equity Counsel