**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Christopher Laurent, et al.

Plaintiff,

v.

Case No.: 1:26−cv−05790
Honorable LaShonda A. Hunt

Brendan F. Kelly, in his official capacity as Director of Illinois State Police, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 16, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Defendant Office of Illinois Attorney General's motion to withdraw an attorney of record as counsel [23] is granted. Attorney Elizabeth H. Jordan is withdrawn from this case. The motion hearing set for 10/20/26 [24] is stricken, and counsel is reminded that motions for withdrawal of counsel need not be noticed for presentment where counsel from the same firm, organization, or governmental entity will remain in the case. The Court further notes that the motion represents in several places that this relief is sought by Plaintiff. Counsel must carefully proofread motions before filing them. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.