**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHRISTOPHER LAURENT, et al.,

Plaintiffs,

v.

BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police, et al.,

Defendants.

Case No. 1:26-cv-05790

Judge LaShonda A. Hunt
Magistrate Judge Laura K. McNally

**JOINT STATUS REPORT**

Plaintiffs Christopher Laurent, Kim Dalton, and Justin Tucker, and Defendants Brendan F. Kelly, Kwame Raoul, and Eileen O'Neill Burke, by and through their respective counsel, submit the following Joint Status Report pursuant to this Court's July 22, 2026 Minute Order (ECF No. 20):

## I. STATUS OF DISCOVERY

1. Defendant Kelly has served interrogatories and requests for production of documents on each Plaintiff, and each Plaintiff has served responses.

2. Defendant Burke has served interrogatories on each Plaintiff, and each Plaintiff has served responses. Defendant Burke has also served requests for admission on Plaintiffs Laurent and Tucker, who have served responses, and requests for production of documents on the Plaintiffs collectively, to which the Plaintiffs have served responses.

3. Plaintiffs have served interrogatories and requests for production of documents on Defendant Kelly. Defendant Kelly has served responses to the requests for production and to all

interrogatories except Nos. 1 through 4, as to which Plaintiffs have agreed to extend Defendant Kelly's response deadline to November 12, 2026.

4. The parties intend to move for entry of a protective order governing the treatment of confidential information and documents in this case. The parties have agreed that, within 30 days of the entry of a protective order, they will produce responsive documents on a rolling basis.

## II. SETTLEMENT

5. Counsel for all parties have discussed settlement with their respective clients and with each other. The parties agree that settlement is not feasible in this case and do not request a settlement conference.

Dated: October 28, 2026

Respectfully submitted,

/s/ *Jacob Huebert*
Jacob Huebert (Illinois ARDC No. 6305339)
John J. Vecchione (pro hac vice)
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Dr., Suite 300
Arlington, VA 22203
jacob.huebert@ncla.legal
john.vecchione@ncla.legal
Tel: (202) 869-5210

*Counsel for Plaintiffs*

/s/ *Emily Hirsch*
Isaac Freilich Jones
Emily Hirsch
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, Illinois 60603
312-814-3000
emily.hirsch@ilag.gov

*Counsel for State Defendants*

/s/ *Edward M. Brener*
Edward M. Brener
Oliver Kassenbrock
Assistant State's Attorneys
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-5971
edward.brener@cookcountysao.org

*Counsel for Defendant Eileen O'Neill Burke*