**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Christopher Laurent, et al.

Plaintiff,

v.

Case No.: 1:26−cv−05790
Honorable LaShonda A. Hunt

Brendan F. Kelly, in his official capacity as Director of Illinois State Police, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 28, 2026:

MINUTE entry before the Honorable Laura K. McNally. The Court thanks the parties for their status report. [26] Discovery is proceeding. The parties agree that they will not be interested in discussing settlement. A joint status report will be due 1/5/27. In addition to reporting on the status of fact discovery, the parties are to disclose whether they will be relying on retained expert witnesses for affirmative opinions. If so, the parties must identify the number of experts and the general subject matter of their opinions. Precise opinions and witness names need not be identified. The Court will use this information to set an expert discovery schedule or to declare that all discovery will close when fact discovery is complete. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.